MARGARET MAUNDER *v.* ANDERSON-WILCOX BUILDERS, INC.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 17422) is denied.

*Margaret Maunder,* pro se, in support of the petition.

*Carl M. Porto II,* in opposition.

Decided December 10, 1997

CITY OF WEST HAVEN *v.* M. J. DALY AND SONS, INC.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 17569) is denied.

*William J. Egan,* in support of the petition.

*John B. Farley,* in opposition.

Decided December 10, 1997